**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No.: 14-22093-MBK (jointly administered) |
| New Century Transportation, Inc.<br>Western Freightways, LLC | Chapter: 7 |
| Northwind Logistics, LLC | Judge: Hon. Michael B. Kaplan |

**NOTICE OF PROPOSED PRIVATE SALE**

Eric R. Perkins, the Chapter 7 trustee (the "Trustee") in these jointly administered cases, proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the parties listed below not later than 7 days before the hearing date.

**Address of the Clerk:**

United States Bankruptcy Court
District of New Jersey
Clarkson S. Fischer U.S. Court House
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, Chief Bankruptcy Judge, on July 30, 2018 at 10:00 a.m. at the United States Bankruptcy Court, District of New Jersey, Courtroom No. 2.

If no objection to the sale is filed, the Clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** Trailer with VIN #1GRAA96276D418271. The trailer has been sitting at the buyer's yard throughout the duration of the case, and has accumulated rent charges of approximately $8,575.00. The buyer has offered to purchase the trailer in exchange for forgiving the rent balance, which is believed to exceed the value of the trailer.

**Proposed Purchaser:** Brothers Superior Services, LLC

**Sale price:** $8,575.00 in rent forgiveness.

The sale of the trailer is a private sale. Any objections to the sale must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Fox Rothschild LLP, Attn: Michael R. Herz, Esq.

Address: 49 Market Street, Morristown, NJ 07690

Telephone No.: (973) 992-4800