**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD, LLP
49 Market Street
Morristown, NJ  07960
Telephone:  (973) 992-4800
Fax:  (973) 992-9125
Michael R. Herz, Esq.
mherz@foxrothschild.com
Proposed Attorneys for Eric R. Perkins,
Chapter 7 Trustee

In Re:

NEW CENTURY TRANSPORTATION, INC.
NORTHWIND LOGISTICS, LLC
WESTERN FREIGHTWAYS, LLC

　　　　　　　　　　　Debtors

Chapter 7

Case No. 14-22093-MBK
 (Jointly Administered)

Hearing Date:  August 6, 2018
Hearing Time:  10:00 a.m.

## NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO SELL TRAILER

**PLEASE TAKE NOTICE** that on August 6, 2018, or as soon thereafter as counsel may be heard, Eric R. Perkins, Chapter 7 trustee (the "Trustee") for New Century Transportation, Inc., Northwind Logistics, LLC, and Western Freightways, LLC, by and through his proposed cousel, Fox Rothschild LLP, will move before the Honorable Michael B. Kaplan, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the for entry of an order authorizing him to sell a trailer to Brothers Superior Services, LLC, pursuant to 11 U.S.C. § 363, and granting such other and further relief that the Courts deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely upon the certification and memorandum of law submitted herewith pursuant to

ACTIVE 40435239v1 07/05/2018

D.N.J. LBR 9013-1(a)

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon the Trustee's undersigned counsel at 49 Market Street, Morristown, New Jersey 07960, no later than seven (7) days prior to the return date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, this motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

FOX ROTHSCHILD LLP
Attorneys for Chapter 7 Trustee


By:     /s/Michael R. Herz
        Michael R. Herz, Esq.


Dated:  July 5, 2018